**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

| | |
|---|---|
| In Re: | Case No. 19-20126 |
| Robert Bolton<br>Teresa Bolton | Chapter 13 |
| Debtors. | Chief Judge Tracey N. Wise |

## OBJECTION TO CHAPTER 13 PLAN

Capital One Auto Finance, a division of Capital One N.A. ("Creditor") by and through their undersigned counsel, hereby objects to the Debtors' Proposed Chapter 13 Plan. This objection is hereby supported by the following memorandum.

## MEMORANDUM

Creditor, by and through their undersigned counsel, hereby objects to the Debtors' Chapter 13 Plan filed January 31, 2019.

The Debtor proposes to pay Creditor based upon a secured value of $28,000.00 with an interest rate of 0.00%. The vehicle in question is a 2018 Hyundai Santa Fe VIN: 5NMZUDLB6JH064805 ("Vehicle") which was purchased on August 4, 2018. The Debtors' bankruptcy was filed on January 31, 2019. The vehicle was purchased within 910 days of the filing of the petition; therefore, Creditor is entitled to full contract balance of the vehicle, which was $28,640.79 at a "Till" interest rate of 7.25%. (The current Wall Street Journal published prime interest rate, plus a 2% risk factor.). The Debtor's Chapter 13 Plan herein does not adequately protect the Creditor's interest in said Vehicle and should be denied confirmation.

Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (97962)
Sottile & Barile, Attorneys at Law
P.O. Box 476
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by the method set forth below, upon the below listed parties on February 28, 2019.

**By Notice of Electronic Filing to:**

    John C. Hayden, Debtors' Counsel
    johnhaydenlaw@gmail.com

    Beverly M. Burden, Chapter 13 Trustee
    Notices@CH13EDKY.com

    Office of the U.S. Trustee
    ustpregion08.lx.ecf@usdoj.gov

**By United States mail to:**

    Robert Bolton, Debtor
    1126 Craft Rd
    Alexandria, KY 41001

    Teresa Bolton, Debtor
    1126 Craft Rd
    Alexandria, KY 41001

/s/ Molly Slutsky Simons
Molly Slutsky Simons (97962)
Attorney for Creditor